UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. STEFAN MICHALOPOULOS,

         Plaintiff,

     v.

SENATOR ADAM SCHIFF,

         Defendant.

Case No. 26-cv-1139 (JMC)

## MEMORANDUM OPINION

On April 2, 2026, pro se Plaintiff St. Stefan Michalopoulos filed a civil complaint against United States Senator Adam Schiff. ECF 1. On May 13, 2026, this Court dismissed his complaint without prejudice for failure to comply with Federal Rule of Civil Procedure 8(a)(2). ECF 16; ECF 17. The Court allowed Plaintiff until June 12, 2026, to file "an amended complaint that cures the existing deficiencies." ECF 16 at 2. On June 11, 2026, Plaintiff filed a docket captioned "Notice of Criminal Charges to Jia M. Cobb." ECF 21. On June 22, 2026, Plaintiff filed another document that he labelled "evidence." ECF 22 at 1. The Court will liberally construe these two documents as Plaintiff's amended complaint. Neither filing remedies the defects of the original complaint.

Like the previously dismissed the complaint, the Court remains unable to identify what cognizable harm Michalopoulos has suffered, who inflicted that harm, and how the law entitles him to relief. He accuses President Trump of "court fraud," mentions a "terrorist list for [his] court proceedings for all [his] 200,000 ICE lawsuits," and alludes to "FBI and DOJ investigators obstructing" him. ECF 21 at 2. And the "notice of evidence" Plaintiff filed appears to be a copy of the docket from this case along with the Court's prior orders. ECF 22. At bottom, the Court does not find that further opportunities to amend will save Plaintiff's claims. In these circumstances,

1

"where the claimant cannot possibly win relief," the Court may dismiss a complaint "*sua sponte* without notice." *Baker v. Director, U.S. Parole Comm'n*, 916 F.2d 725, 726 (D.C. Cir. 1990).

Michalopoulos's amended complaint is therefore **DISMISSED** for failure to comply with Rule 8(a)(2) for largely the same reasons stated in this Court's prior opinion. *See* ECF 16 at 2. And as noted in the Court's prior opinion, because Plaintiff failed to file an amended complaint that comports with Rule 8, this action shall be **DISMISSED WITH PREJUDICE**. *Id.* at 2–3 (citing *Brown v. WMATA*, 164 F. Supp. 3d 33, 35 (D.D.C. 2016)). A separate order accompanies this memorandum opinion.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: June 29, 2026